DISSENTING OPINION BY
JUDGE WOJCIK
I join in the well-reasoned dissenting opinion of Judge Cosgrove. I write separately, however, to stress that the jobs identified by the employer in this case are only a possible suitable accommodation for the claimant’s medical condition and that the claimant is only disqualified from receiving benefits under Section 402(b) of the Unemployment Compensation Law[1] “if the employer is able to provide other suitable work .... ” Because the record in this case lacks sufficient evidence demonstrating that the employer is able to provide such suitable work under Section 402(b), unlike the majority, I would affirm the order of the Unemployment Compensation Board of Review. Accordingly, I respectfully dissent.
President Judge Leavitt joins in this Dissenting Opinion.
Judge Cosgrove joins in this Dissenting Opinion.

. Act of December 5, 1936, Second Ex. Sess., P.L. (1937) 2897, as amended, 43 P.S. § 802(b).